*ORDER: This motion is granted.*
*John Bryant, USMJ*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, AS SUBROGEE OF: Bonnie Price, P.O. Box 2371, Bloomington, IL 61702-2371, <br><br> Plaintiffs, <br><br> v. <br><br> Arthur K. Leverette and United States Postal Service, <br><br> Defendants. | Civil Case No.: 3:16-cv-01657 <br> CHIEF JUDGE SHARP <br> MAGISTRATE JUDGE BRYANT |

## UNITED STATES OF AMERICA'S MOTION TO SUBSTITUTE UNITED STATES OF AMERICA FOR A NAMED INDIVIDUAL DEFENDANT AND AGENCY

The United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney on behalf of the United States of America, moves the Court to substitute the United States of America for the named Defendants, Arthur K. Leverette and United States Postal Service, in the above styled action.

Title 28 U.S.C. § 2679(d)(2) mandates substitution of the United States of America as a defendant in tort actions in which the Attorney General or his designee has certified that the defendant was acting within the scope of his federal employment at the time of the incident giving rise to suit. The Attorney General has delegated this certification authority to the United States Attorney, 28 C.F.R. § 15.3 (1990).

The United States Attorney for the Middle District of Tennessee has certified that Arthur K. Leverette was acting within the scope of his federal employment at the time of the events